**Order entered August 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01459-CV

### GEORGE P. BANE, INC., Appellant

### V.

### JOE BALLARD, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07758**

### ORDER

Before the Court is appellant's unopposed motion to extend time to file his reply brief. We **GRANT** the motion and **ORDER** the brief received August 26, 2020 filed as of the date of this order.

/s/    KEN MOLBERG
         JUSTICE